United States District Court

District of Colorado

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
3:36 pm, Nov 03, 2020
JEFFREY P. COLWELL, CLERK

Brett Marino

VS                                                                                   20cv1417

Red Willows AKA

Motion for stay

I have conferred with opposing counsel they unopposed to the motion for stay

I requesting a stay for 30 to 60 day stay due to family emergency

I am asking the court to stay proceedings

Brett Marino

11/3/20

Certificate of service

I served this motion to

NHerrick@wshlaw.com

On 11/3/20