**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-01417-RM-KMT

BRETT MARINO,

      Plaintiff,

v.

RED WILLOW aka SLV TRANSPORTATION,

      Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order (Doc. 63) by Judge Raymond P. Moore, entered July 9, 2021, it is

ORDERED that the Recommendation of United States Magistrate Judge Kathleen M. Tafoya is ACCEPTED and ADOPTED.   It is

FURTHER ORDERED that judgment is hereby entered in favor of Defendant, Red Willow aka SLV Transportation, and against Plaintiff, Brett Marino, on Defendant's Motion to Dismiss.   It is

FURTHER ORDERED that this case is DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.   It is

FURTHER ORDERED that this case is closed.

Dated this 9th day of July, 2021.

FOR THE COURT:
JEFFREY P. COLWELL

By:___s/Robert R. Keech_____
       Robert R. Keech,
       Deputy Clerk